```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 21963
    DAVID VILLARREAL
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-8865

--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/21/2008 and was not confirmed.

     The case was dismissed without confirmation 12/04/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------------
WASHINGTON MUTUAL BANK   CURRENT MORTG         .00            .00            .00
WASHINGTON MUTUAL BANK   MORTGAGE ARRE         .00            .00            .00
COOK COUNTY TREASURER    SECURED           4000.00            .00            .00
AMERICASH LOANS LLC      UNSECURED         3821.13            .00            .00
CAPITAL ONE BANK         UNSECURED          833.97            .00            .00
DIRECT BUY               UNSECURED        NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED          620.76            .00            .00
WASHINGTON MUTUAL BANK   MORTGAGE NOTI    NOT FILED           .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY          .00                            .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                       --------------      --------------
TOTALS                       .00                      .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 21963 DAVID VILLARREAL

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE